UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>           Petitioner,<br><br>v.<br><br>MATCH GROUP, INC.,<br><br>           Respondent. | **UNDER SEAL**<br><br>Case No.: 22-mc-00054-RJL |

**RESPONDENT MATCH GROUP, INC.'S
NOTICE OF REQUEST FOR ORAL ARGUMENT**

PLEASE TAKE NOTICE that Respondent Match Group, Inc. requests oral argument on the Federal Trade Commission's ("FTC") Petition to Enforce Match Civil Investigative Demand (ECF No. 1, the "Petition") and Respondent's Motions to Seal (ECF Nos. 15, 17, 18, 20, 22, and 23, collectively the "Motions to Seal").

Respondent has conferred with the FTC, which "do[es] not oppose" the request for oral argument on the Petition and "take[s] no position" on the request for oral argument on the Motions to Seal.

Dated: July 28 , 2022

Respectfully submitted,

MATCH GROUP, INC.

By: /s/ Edward B. Schwartz

*Attorneys for Respondent*
Edward B. Schwartz
Mark D. Quist
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005
Telephone: (202) 414-9200

eschwartz@reedsmith.com
mquist@reedsmith.com

## CERTIFICATE OF SERVICE

I certify that on the 28th day of July, 2022, I filed the foregoing with the Clerk of the Court via the CM/ECF system, which will automatically send an electronic mail notification of such filing to the CM/ECF registered participants as identified on the Notice of Electronic Filing.

*/s/ Edward B. Schwartz*
*Counsel for Respondent*